# Michael Faillace & Associates, P.C.

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

February 11, 2020

Mark S. Clark

**Attention:**

File #:  CorporateExp
Inv #:   Sample

**RE:** S. Clark et al v. Corporate Express, Inc. et al; SDNY 1:19-cv-04983

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-28-19 | gathered the facts and drafted the complaint; sent to MF for review | 2.50 | 250.00 | PL |
| May-29-19 | reviewed and corrected complaint; sent it back to staff for filing | 1.50 | 675.00 | MF |
| | finalized complaint and filed it on ECF | 1.50 | 150.00 | PL |
| | drafted damage calculations | 0.25 | 25.00 | PL |
| Jul-17-19 | Speak with opposing counsel. | 0.20 | 70.00 | DT |
| Jul-22-19 | Review Judge's Order. | 0.10 | 35.00 | DT |
| Aug-21-19 | Review Defedants filed answer. | 0.30 | 105.00 | DT |
| Aug-23-19 | Speak with client and revise damages chart. | 1.50 | 525.00 | DT |
| Sep-20-19 | Prepare mediation statement. | 0.60 | 210.00 | DT |
| Sep-25-19 | Prepare for and attend mediation. | 3.00 | 1,050.00 | DT |
| Oct-03-19 | Speak with opposing counsel. | 0.20 | 70.00 | DT |
| Oct-11-19 | Correspond with oppoisng counsel regarding settlement agreement. | 0.20 | 70.00 | DT |

| Invoice #: | Sample | Page 2 | | February 11, 2020 |
|---|---|---|---|---|
| Oct-17-19 | Speak with opposing counsel regarding order. | 0.30 | 105.00 | DT |
| Oct-30-19 | Correspond with opposing counsel regarding settlement agreement. | 0.20 | 70.00 | DT |
| Nov-13-19 | Telephone opposing counsel. | 0.10 | 35.00 | DT |
| Dec-23-19 | Finalize settleemnt agreement. | 0.30 | 105.00 | DT |
| Jan-28-20 | Telephone opposing counsel. | 0.10 | 35.00 | DT |
| Feb-03-20 | Contact opposing counsel. | 0.10 | 35.00 | DT |
| Feb-11-20 | Prepare fairness materials. | 1.10 | 495.00 | MF |
| | Totals | 14.05 | $4,115.00 | |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Jun-17-19 | Filing Fee | | 400.00 |
| | Process Server: Service through Secretary of State on Corporate Express Inc. | | 68.00 |
| Jun-27-19 | Process Server: Service on Daniel Conte (AKA Daniel R Conte-Giacomo | | 175.00 |
| Jul-15-19 | Process Server : Service on Robert De Domenico | | 175.00 |
| | Totals | | $818.00 |
| | Total Fee & Disbursements | | $4,933.00 |
| | Balance Now Due | | $4,933.00 |